IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER WILLS,** | : | No. 3:13cv1787 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Chief Magistrate Judge Carlson) |
| **THE UNITED STATES OF** | : | |
| **AMERICA and USP-CANAAN,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 7th day of May 2014, it is **HEREBY**

**ORDERED** that:

1. Plaintiff's objections to the Report and Recommendation (Doc. 32) are **OVERRULED**;

2. The Report and Recommendation of Chief Magistrate Judge Carlson (Doc. 31) is **ADOPTED** to the extent that defendants' motion to dismiss (Doc. 23) is **GRANTED** as follows:

   a. Plaintiff's Federal Tort Claims Act claim against the individual defendants is **DISMISSED with PREJUDICE**;

   b. Plaintiff's Bivens claims against the United States and USP-Canaan are **DISMISSED with PREJUDICE**;

   c. Plaintiff's Bivens claim against the individual defendants is

>  > **DISMISSED without PREJUDICE** to plaintiff filing an amended complaint within twenty-one (21) days properly asserting this claim.  If plaintiff fails to file an amended complaint in twenty-one (21) days, this claim will be dismissed with prejudice;
>
> d. Plaintiff's claim for injunctive relief is **DISMISSED with PREJUDICE**; and
>
> e. Plaintiff's demand for a specified sum of monetary damages is **STRICKEN**;

3. Plaintiff's second motion to amend his complaint (Doc. 25) is **DISMISSED as MOOT**.

4. The Clerk of Court is directed to remand this case to Chief Magistrate Judge Carlson for further proceedings consistent with this order.

        **BY THE COURT:**

        **s/ James M. Munley**
        **JUDGE JAMES M. MUNLEY**
        **United States District Court**