# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER WILLS,** : | No. 3:13cv1787 |
|     **Plaintiff** : | |
| : | (Judge Munley) |
|     v. : | |
| : | (Chief Magistrate Judge Carlson) |
| **THE UNITED STATES OF** : | |
| **AMERICA and USP-CANAAN,** : | |
|     **Defendants** : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 19th day of March 2015, it is **HEREBY ORDERED** as follows:

1. Plaintiff's objections to the Report and Recommendation (Doc. 79) are **OVERRULED**;

2. The Report and Recommendation of Chief Magistrate Judge Carlson (Doc. 76) is **ADOPTED**;

3. Defendants' motion to dismiss plaintiff's FTCA claim (Doc. 52) is **GRANTED**;

4. Defendants' motion for an extension of time to respond to plaintiff's objections (Doc. 80) is **DENIED as moot**; and

5. The Clerk of Court is directed to close this case.

                                      **BY THE COURT:**

                                      **s/ James M. Munley**
                                      **JUDGE JAMES M. MUNLEY**
                                      **United States District Court**